UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON B. NICHOLAS,

                Plaintiff,

      -against-

WILLIAM BRATTON, et al.,

                Defendants.

-----------------------------------------------------------------X

15-CV-09592 (JPO)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 19, 2020, Defendants filed a letter addressed to Judge Oetken regarding the potential that Plaintiff will file a motion for a preliminary injunction. ECF No. 265. Plaintiff responded to Defendants' letter, ECF No. 266, requesting that Judge Oetken order the parties to meet and confer and, if necessary, confer by phone with the Court. If the parties believe it would be productive, they should e-mail Chambers at Netburn_NYSDChambers@nysd.uscourts.gov to schedule a telephone conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 7, 2020
               New York, New York