UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON B. NICHOLAS,

          **Plaintiff,**      15-CV-09592 (JPO)(SN)

    -against-           <u>**ORDER**</u>

WILLIAM BRATTON, et al.,

          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  A telephone conference is scheduled for Tuesday, April 14, 2020, at 10:00 a.m. The purpose of the conference is to discuss the issues raised in the parties' March 19 and March 20, 2020 letters. ECF Nos. 265, 266. Dial-in information will be provided by the Court in advance of the conference.

**SO ORDERED.**

                    SARAH NETBURN
                    United States Magistrate Judge

DATED:  April 13, 2020
       New York, New York