April 20, 2020

**Via ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Nicholas* v. *Bratton, et al.*, 15 Civ. 9592 (JPO)

Dear Judge Oetken:

      Pursuant to the Court's March 18, 2020 Order, the parties respectfully submit this joint status letter. On April 14, 2020, the parties had a productive settlement conference with Magistrate Judge Netburn and continue to make progress toward a full settlement of this matter. Pursuant to a verbal order made during that conference, *Monell* discovery remains stayed and the parties are required to submit status letters every two weeks until the parties reach a full settlement.

      Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Joel Kurtzberg, Esq. | Mark Zuckerman, Esq. |
| Cahill Gordon & Reindel LLP | City of New York Law Department |
| 80 Pine Street | 100 Church Street |
| New York, New York 10005 | New York, New York 10007 |
| *Counsel for Plaintiff Jason B. Nicholas* | *Counsel for Defendants* |

cc:    The Honorable Sarah Netburn
       United States Magistrate Judge
       Southern District of New York
       40 Foley Square
       New York, New York 10007