UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON B. NICHOLAS,

                           Plaintiff,                    15-CV-9592 (JPO)(SN)

            -against-

WILLIAM BRATTON, et al.,

                           Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A telephonic conference is scheduled for Friday, May 29, 2020, at 10:00 a.m. to discuss the parties' settlement disputes. The Court will provide call-in information by e-mail in advance of the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    May 26, 2020
              New York, New York