UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON B. NICHOLAS,

                      **Plaintiff,**                      1:15-CV-09592 (JPO)(SN)

    -against-                                    **ORDER**

WILLIAM BRATTON, POLICE COMMISSIONER,
NEW YORK CITY POLICE DEPARTMENT,

                      **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On October 5, 2020, the Court received a joint status letter from the parties indicating that the parties continue to work together with the goal of reaching settlement. The parties shall file a follow-up status letter detailing how settlement has progressed by October 30, 2020.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 9, 2020