UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JASON B. NICHOLAS,

                                    Plaintiff,                          1:15-CV-09592 (JPO)(SN)

                    -against-                                            **ORDER**

WILLIAM BRATTON, POLICE COMMISSIONER,
NEW YORK CITY POLICE DEPARTMENT,

                                    Defendant.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 10/30/2020

**SARAH NETBURN, United States Magistrate Judge:**

On October 30, 2020, the Court received a joint status letter from the parties indicating

that the parties continue to work together with the goal of reaching settlement. The parties shall

file a follow-up status letter detailing how settlement has progressed by December 15, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        New York, New York
                    October 30, 2020