```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON B. NICHOLAS,

                           **Plaintiff,**                  1:15-CV-09592 (JPO) (SN)

        -against-                                   **ORDER**

WILLIAM BRATTON, POLICE COMMISSIONER,
NEW YORK CITY POLICE DEPARTMENT,

                           **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference is scheduled for March 15, 2021, at 10:00 a.m., to discuss recent developments affecting the terms of the settlement in this case. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) sign. The parties are directed to submit *ex parte* letters and attendance forms to Chambers by March 10, 2021, in accordance with Judge Netburn's individual rules of practice.

**SO ORDERED.**

                                                                                  _____
                                                                                  SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:      New York, New York
                 February 18, 2021